# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA MARTINEZ** and **SOLIMAN MARTINEZ,**
Appellants,

v.

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, GREEN TREE SERVICING LLC, OLYMPIA MASTER ASSOCIATION, INC.,** and **PHIPPS VILLAGE HOMEOWNERS ASSOCIATION, INC.,**
Appellees.

No. 4D19-288

[March 4, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit; James Nutt, Judge; L.T. Case No. 50215CA011011MB.

Kendrick Almaguer and Taylor M. Claudon of The Ticktin Law Group, Deerfield Beach, for appellants.

Daniel S. Stein and Mary Pascal Stella of Popkin & Rosaler, P.A., Deerfield Beach, for Appellee U.S. Bank Trust, N.A.

PER CURIAM.

*Affirmed. See Kelly v. BankUnited, FSB,* 159 So. 3d 403 (Fla. 4th DCA 2015).

CONNER and FORST, JJ. and Gillespie, Kenneth, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***